ARBITRATION, CLOSED

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:05-cv-00780-RB

| | |
|---|---|
| SOUDER et al v. ALABAMA MOTOR EXPRESS, INC. et al | Date Filed: 02/18/2005 |
| Assigned to: HONORABLE RONALD L. BUCKWALTER | Jury Demand: Defendant |
| Cause: 28:1441 Petition for Removal- Tort/Motor Vehicle ( | Nature of Suit: 350 Motor Vehicle |
| | Jurisdiction: Diversity |

**Plaintiff**

JAMES A. SOUDER     represented by    **DAVID B. WINKLER**
LAW OFFICES OF DAVID B. WINKLER
1930 ROUTE 70 EAST
BUILDING Q
CHERRY HILL, NJ 08003
856-616-1000
Email: winkler@jersey.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

LANA J. SOUDER     represented by    **DAVID B. WINKLER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

ALABAMA MOTOR EXPRESS, INC.     represented by    **CELESTE C HARRISON**
LAW OFFICES OF THOMAS J. WAGNER
1528 WALNUT STREET
SUITE 501
PHILADELPHIA, PA 19102
215-790-0761
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**THOMAS J. WAGNER**
LAW OFFICES OF THOMAS J. WAGNER
1528 WALNUT ST.
STE. 500
PHILADELPHIA, PA 19102

        215-790-0761
        Fax: 215-790-0762
        Email: tjwagner@wagnerlaw.net
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**ERIC M. BRION**     represented by   **THOMAS J. WAGNER**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/18/2005 | 1 | NOTICE OF REMOVAL by ALABAMA MOTOR EXPRESS, INC. from Philadelphia CCP, case number January 2005 No. 1732. (Filing fee $ 250 receipt number 913850), Certificate of Service. (tj, ) (Entered: 02/22/2005) |
| 03/14/2005 | 2 | *Defendant Alabama Motor Express, Inc.* ANSWER to Complaint together with and Affirmative Defenses with Jury Demand and Certificate of Service by ALABAMA MOTOR EXPRESS, INC.. (WAGNER, THOMAS) (Entered: 03/14/2005) |
| 03/16/2005 | 3 | PLAINTIFFS, JAMES A. SOUDER, LANA J. SOUDER'S MOTION TO REMAND, MEMORANDUM, CERTIFICATE OF SERVICE.(fdc) (Entered: 03/16/2005) |
| 03/31/2005 | 4 | RESPONSE in Opposition re 3 MOTION to Remand filed by ALABAMA MOTOR EXPRESS, INC., ERIC M. BRION, Brief, Certificate of Service. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (WAGNER, THOMAS) Modified on 4/1/2005 (np). (Entered: 03/31/2005) |
| 04/05/2005 | 5 | Reply Brief in Support re 3 MOTION to Remand filed by JAMES A. SOUDER, LANA J. SOUDER, Certificate of Service. (WINKLER, DAVID) Modified on 4/7/2005 (np). (Entered: 04/05/2005) |
| 04/06/2005 | 6 | Original Record together with certified copy of docket entries received from Court of Common Pleas of Philadelphia County. (fdc, ) (Entered: 04/06/2005) |
| 04/28/2005 | 7 | MOTION to Dismiss for Lack of Jurisdiction *and Improper Venue or in the Alternative, to Transfer Venue* filed by ERIC M. BRION.Memorandum in Support, Certificate of Service. (Attachments: # 1 Exhibit Complaint)(WAGNER, THOMAS) (Entered: 04/28/2005) |
| 05/03/2005 | 8 | First MOTION to Compel *Discovery Responses* filed by ALABAMA MOTOR EXPRESS, INC..Certificate of Service.(WAGNER, THOMAS) (Entered: 05/03/2005) |
| 05/04/2005 | 9 | CERTIFICATE of Counsel *to remove from arbitration* by DAVID B. |

| | | |
|---|---|---|
| | | WINKLER on behalf of all plaintiffs (WINKLER, DAVID) (Entered: 05/04/2005) |
| 05/09/2005 | 10 | SCHEDULING ORDER. DISCOVERY DUE BY 10/14/2005. TRIAL POOL SET FOR 11/14/2005.SIGNED BY JUDGE RONALD L. BUCKWALTER ON 5/9/05. 5/9/05 ENTERED AND COPIES MAILED, E-MAILED.(fdc) (Entered: 05/09/2005) |
| 05/10/2005 | 11 | ORDER THAT PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO TRANSFER OR DISMISS AND MOTION TO COMPEL DISCOVERY WILL BE DUE, IF NECESSARY, TEN (10) DAYS AFTER THE COURT'S RULING ON PLAINTIFFS' MOTION TO REMAND. SIGNED BY JUDGE RONALD L. BUCKWALTER ON 5/9/05. 5/10/05 ENTERED AND COPIES MAILED, E-MAILED.(fdc) (Entered: 05/10/2005) |
| 06/16/2005 | 12 | ORDER THAT PLAINTIFFS' MOTION TO REMAND IS DENIED. SIGNED BY JUDGE RONALD L. BUCKWALTER ON 6/15/05.6/16/05 ENTERED AND COPIES MAILED, E-MAILED. (fdc) (Entered: 06/16/2005) |
| 06/21/2005 | 13 | MOTION to Dismiss *for Forum Non Conveniens Grounds or in the Alternative, Transfer Venue* filed by ALABAMA MOTOR EXPRESS, INC., ERIC M. BRION.Brief, Memorandaum, Certificate of Service,. (Attachments: # 1 Exhibit "A"# 2 Exhibit Exhibit "B"# 3 Exhibit Exhibit "C"# 4 Exhibit Exhibit "D")(WAGNER, THOMAS) (Entered: 06/21/2005) |
| 06/28/2005 | 14 | ORDER THAT PLAINTIFFS' RESPONSES TO DEFENDANTS' MOTION TO TRANSFER OR DISMISS AND MOTION TO COMPEL DISCOVERY ARE DUE ON OR BEFORE JULY 5, 2005. SIGNED BY JUDGE RONALD L. BUCKWALTER ON 6/27/05. 6/28/05 ENTERED AND COPIES MAILED AND E-MAILED.(fdc) (Entered: 06/28/2005) |
| 06/30/2005 | 15 | STIPULATION *of Counsel* by JAMES A. SOUDER, LANA J. SOUDER, ALABAMA MOTOR EXPRESS, INC., ERIC M. BRION. (WINKLER, DAVID) (FILED IN ERROR BY ATTORNEY; COPY FORWARDED TO JUDGE FOR APPROVAL) Modified on 7/1/2005 (np). (Entered: 06/30/2005) |
| 07/12/2005 | 16 | ORDER THAT DEFENDANT ERIC M. BRION'S MOTION TO TRANSFER OR DISMISS IS DEEMED WITHDRAWN. DEFENDANTS' MOTION TO DISMISS FOR FORUM NON CONVENIENS OR, IN THE ALTERNATIVE, TRANSFER VENUE IS GRANTED TO THE EXTENT THAT THIS CASE IS TRANSFERRED TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE. DEFENDANTS' MOTION TO COMPEL DISCOVERY IS DISMISSED AS MOOT. THIS CASE IS MARKED CLOSED FOR STATISTICAL PURPOSES. SIGNED BY JUDGE RONALD L. BUCKWALTER ON 7/8/05. 7/12/05 ENTERED AND COPIES MAILED AND E-MAILED. (fdc) (Entered: 07/12/2005) |
| 07/12/2005 | | Original record together with certified copy of docket entries forwarded |

| | to U.S. District Court of Delaware at Wilmington. (fdc) (Entered: 07/12/2005) |
|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/18/2005 10:52:24 | | | |
| **PACER Login:** | ud0037 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:05-cv-00780-RB |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |