IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES A. SOUDER and LANA SOUDER<br>Plaintiffs<br><br>v.<br><br>ALABAMA MOTOR EXPRESS, INC.<br>and<br>ERIC M. BRION<br>Defendants | CIVIL ACTION NO.: 05-780 |

**CONSENT TO REMOVAL**

1. Eric M. Brion is a Defendant in this action and an employee of co-defendant Alabama Motor Express.

2. Since the inception of this action, Mr. Brion is represented by the Law Offices of Thomas J. Wagner.

3. A Petition for Removal was filed by co-defendant Alabama Motor Express, Inc., also represented by the Law Offices of Thomas J. Wagner, on February 18, 2005.

4. Mr. Brion was served with the Complaint on March 18, 2005.

5. By and through his attorneys, Mr. Brion consented to removal of this action on February 18, 2005.

6. To the extent necessary to further expressly, officially and unambiguously record Mr. Brion's consent to removing this action, Mr. Brion, by and through his attorneys, consents to removal today, March 31, 2005.

LAW OFFICES OF THOMAS J. WAGNER

By: Thomas J. Wagner, Esquire
Celeste C. Harrison, Esquire
Law Offices of Thomas J. Wagner
1528 Walnut Street
Suite 501
Philadelphia, PA 19102
(215) 790-0761
Attorneys Defendants Alabama Motor Express, Inc.
and Eric M. Brion

Dated: March 31, 2005