

```
REPORT : ZDRDOCT                 First Judicial District          PAGE     1
USER ID: JPM                      CIVIL DOCKET REPORT             RUN DATE 02/18/05
                                  CASE ID 050101792              RUN TIME 04:20 PM
```

05. cv. 780

FILED

APR 0 6 2005

MICHAEL F. KUNZ, Clerk
By _____ Dep. Clerk

------------------------------------------------------------------------

```
CASE NUMBER        CASE CAPTION
050101792          SOUDER ETAL VS ALABAMA MOTOR EXPRESS INC ETAL


FILING DATE        COURT      LOCATION     JURY
12-JAN-2005        JE         CH           J


CASE TYPE: MOTOR VEHICLE ACCIDENT
STATUS: NOT OF REMOVAL TO US DIST CT
```

| Seq # | Assoc | Expn Date | Type | ID | Party Name / Address & Phone No. |
|-------|-------|-----------|------|-----|------|
| 1 | | | APLF | A46528 | WINKLER, DAVID B<br>1930 ROUTE 70 EAST<br>BUILDING Q<br>CHERRY HILL NJ 08003<br>(856)616-1000<br>(856)216-0362 - FAX |
| 2 | 1 | | PLF | @5139531 | SOUDER, JAMES<br>RR1 BOX 248 E<br>SUNBURY PA 17801 |
| 3 | 1 | | PLF | @5139533 | SOUDER, LANA J<br>RR1 BOX 248 E<br>SUNBURY PA 17801 |
| 4 | | | DFT | @5139538 | ALABAMA MORTOR EXPRESS INC<br>10720 E US HGWY 84<br>ASHFORD AL 36312 |
| 5 | | | DFT | @5139543 | BRION, ERIC M<br>P O BOX 311223<br>ENTERPRISE AL 36331 |
| 6 | | | TL | J391 | ALLEN, JACQUELINE F<br>1222 CRIMINAL JUSTICE CENTER<br>1301 FILBERT STREET<br>PHILADELPHIA PA 19107<br>(215)683-7083 |

| Filing Date / Time | Docket Entry | Date Entered |
|--------------------|--------------|--------------|
| 12-JAN-05 11:37:00 | COMMENCEMENT CIVIL ACTION JURY | 18-JAN-05<br>WINKLER, DAVID B |
| 12-JAN-05 11:37:00 | WAITING TO LIST CASE MGMT CONF | 18-JAN-05<br>WINKLER, DAVID B |

```
                                                         PAGE      2
REPORT : ZDRDOCT            First Judicial District      RUN DATE 02/18/05
USER ID: JPM               CIVIL DOCKET REPORT           RUN TIME 04:20 PM
                            CASE ID 050101792
```

| Filing Date / Time | Docket Entry | Date Entered |
|---|---|---|
| 12-JAN-05 11:37:00 | SHERIFF'S SURCHARGE 2 DEFTS | 18-JAN-05 WINKLER, DAVID B |
| 12-JAN-05 11:37:00 | JURY TRIAL PERFECTED | 18-JAN-05 WINKLER, DAVID B |
| 12-JAN-05 11:37:00 | COMPLAINT FILED NOTICE GIVEN | 18-JAN-05 WINKLER, DAVID B |
| | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. ASSESSMENT REQ'D | |
| 12-JAN-05 16:17:43 | ACTIVE CASE | 13-JAN-05 |
| 18-FEB-05 15:51:00 | NOT OF REMOVAL TO US DIST CT | 18-FEB-05 ALABAMA MORTOR EXPRESS INC, |
| | NOTICE OF REMOVAL TO THE U.S. (EASTERN) DISTRICT COURT UNDER 05-CV-780 FILED.J.M. | |

* * * End of Docket * * *

CERTIFIED FROM THE RECORD ON APR 5 2005

JOSEPH H. EVERS
PROTHONOTARY OF PHILADELPHIA COUNTY

BY Joseph C. Mangini

*30.00*

*J. Mangini*

2005 FEB 18 PH 3 51

PRO PROTHY

05 - 493

**LAW OFFICES OF THOMAS J. WAGNER**
**By:    Thomas J. Wagner, Esquire  ID #:    52876**
**         Celeste C. Harrison, Esquire ID #:    90291**
**SUITE 501**
**1528 WALNUT STREET**
**PHILADELPHIA, PA 19102**
**Telephone (215)790-0761**
**Attorneys for Defendant Alabama Motor Express, Inc.**

| | |
|---|---|
| **JAMES A. SOUDER and LANA SOUDER**<br>Plaintiffs | **PHILADELPHIA COUNTY**<br>**COURT OF COMMON PLEAS** |
| **v.** | **JANUARY TERM 2005** |
| **ALABAMA MOTOR EXPRESS, INC.**<br>and<br>**ERIC M. BRION**<br>**Defendants** | **NO.: 1792** |

## NOTICE OF REMOVAL

**TO THE PROTHONOTARY:**

Pursuant to the Federal Removal Statute, 28 U.S.C. §§ 1441-1446, Defendant Alabama

Motor Express, Inc. files herewith a certified copy of the Notice of Removal filed in the United

States District Court for the Eastern District of Pennsylvania on this 12th day of January, 2005.

*05-cv-780*

**LAW OFFICES OF THOMAS J. WAGNER**

By:     Thomas J. Wagner, Esquire
         Celeste C. Harrison, Esquire
         Attorneys for Defendant Alabama Motor Express,
         Inc.

Dated: February 18, 2005

LAW OFFICES OF THOMAS J. WAGNER
By:   Thomas J. Wagner, Esquire   ID #:   52876
       Celeste C. Harrison, Esquire ID #:   90291
SUITE 501
1528 WALNUT STREET
PHILADELPHIA, PA 19102
Telephone (215)790-0761
Attorneys for Defendant Alabama Motor Express, Inc.

| | |
|---|---|
| JAMES A. SOUDER and LANA SOUDER<br>Plaintiffs | PHILADELPHIA COUNTY<br>COURT OF COMMON PLEAS |
| v. | JANUARY TERM 2005 |
| ALABAMA MOTOR EXPRESS, INC.<br>and<br>ERIC M. BRION<br>Defendants | NO.: 1742<br>05-780 |

### NOTICE OF REMOVAL

**TO THE PROTHONOTARY:**

Pursuant to the Federal Removal Statute, 28 U.S.C. §§ 1441-1446, Defendant Alabama

Motor Express, Inc. files herewith a certified copy of the Notice of Removal filed in the United

States District Court for the Eastern District of Pennsylvania on this 12th day of January, 2005.


LAW OFFICES OF THOMAS J. WAGNER

By:   _____
       Thomas J. Wagner, Esquire
       Celeste C. Harrison, Esquire
       Attorneys for Defendant Alabama Motor Express,
       Inc.

Dated: February 18, 2005



**LAW OFFICES OF THOMAS J. WAGNER**
By:    Thomas J. Wagner, Esquire  ID #:    52876
       Celeste C. Harrison, Esquire ID #:    90291
**SUITE 501**
**1528 WALNUT STREET**
**PHILADELPHIA, PA 19102**
**Telephone (215)790-0761**
**Attorneys for Defendant Alabama Motor Express, Inc.**

| | |
|---|---|
| **JAMES A. SOUDER and LANA SOUDER**<br>Plaintiffs | **PHILADELPHIA COUNTY**<br>**COURT OF COMMON PLEAS** |
| v. | **JANUARY TERM 2005** |
| **ALABAMA MOTOR EXPRESS, INC.**<br>and<br>**ERIC M. BRION**<br>Defendants | **NO.: 1732**<br>*05-780* |

## PETITION FOR REMOVAL

Defendant Alabama Motor Express, Inc. seeks to remove an action now pending against it in the Pennsylvania Court of Common Pleas, Philadelphia County, Law Division, January Term, 2005 #1732 to this Court pursuant to the Federal Removal Statute, 28 U.S.C. §§ 1441 through 1446, and in support thereof aver that:

1.    Plaintiffs James Souder and Lana Souder ("Plaintiffs"), commenced this personal injury action against Defendants or about January 12, 2005 in the Pennsylvania Court of Common Pleas, Philadelphia County, January Term 2005 #1732.  (See copy of Complaint, attached hereto as Exhibit "A").

2.    Defendant Alabama Motor Express, Inc. was served with Plaintiffs' Complaint on January 27, 2005.

3.    This action satisfies the requirements for removal within the meaning of 28 U.S.C.§§ 1332 and 1446 in that:

*2-18-05*
*Tom Dempsey*

a)   **Plaintiffs' and Defendants' citizenship are diverse**;

    1)    Plaintiffs are citizens of the Commonwealth of Pennsylvania;

    2)    Defendant Alabama Motor Express, Inc. is a citizen of the State of Alabama, where it is incorporated and where it has its principal place of business; and

    3)    Defendant Eric M. Brion is a resident of Alabama.

b)   As required by 28 U.S.C. § 1446, Plaintiffs have asserted a claim in excess of $75,000.00. Therefore, the amount in controversy is in excess of $75,000.00, exclusive of interest and costs.

4.   Plaintiffs' Complaint did not contain any indication of the total amount in controversy, but stated that they seek an "amount in excess of the statutory arbitration limits".

5.   Plaintiffs described Mr. James Souder's injuries as:

> severe and permanent injuries, a severe shock to his nerves and nervous system, aggravation, acceleration and activation of any pre-existing ailments or conditions and more particularly, but not in limitation of any other personal injuries he may have sustained, the plaintiff suffered a disruption of his autonomic nervous system, resulting in an inability to swallow solid food, a torn right rotator cuff, an ulnar neuropathy and an internal disruption of the right knee, as a result of which he suffered great physical pain and mental distress, which he yet suffers and may continue to suffer for an indefinite time in the future.

(Exhibit "A" para. 8).

6.   Plaintiffs allege that as a result of Mr. Souder's injuries:

> Plaintiff James A. Souder has been and continues to be unable to attend to his normal activities and vocations, as a result of which he has sustained a loss of life's pleasures.
>
>     \*\*\*\*
>
> Plaintiff James A. Souder has been and continues to be obliged to receive medical attention and care and to expend various sums of money and incur various expenses in an effort to obtain a cure for his injuries and may continue to incur such expenses for an indefinite time in the future.
>
>     \*\*\*
>
> Plaintiff James A Souder's vehicle was severely damaged and

declared a total loss, as a result of which the plaintiff has incurred additional expenses for the replacement of his vehicle.

*** 

(Exhibit "A" paras. 9-11).

7.     From the face of Plaintiffs' Complaint, including Plaintiffs' description of their injuries and damages, Plaintiffs contend that their claims are valued in excess of $75,000.00 exclusive of interest and costs. The citizenship of the parties is diverse. Thus, this Notice of Removal is filed within the time provided by 28 U.S.C. §1446 (b).

8.     If Plaintiffs stipulate that their damages do not exceed $75,000.00, Defendant Alabama Motor Express, Inc. will withdraw this Petition for Removal and will litigate this action in State Court. A copy of the proposed Stipulation is attached as Exhibit "B".

9.     A jury trial of twelve jurors is demanded by Defendant.

10.    All Defendants consent to removal.

**WHEREFORE**, Defendant Alabama Motor Express, Inc. prays that the above action now pending against it in the Philadelphia County Court of Common Pleas, January Term, 2005, #1732 be removed therefrom to this Court.

**LAW OFFICES OF THOMAS J. WAGNER**

By:     Thomas J. Wagner, Esquire
        Celeste C. Harrison, Esquire
        Attorneys Defendant Alabama Motor Express, Inc.

Dated: February 18, 2005

**LAW OFFICES OF THOMAS J. WAGNER**
By:    Thomas J. Wagner, Esquire  ID #:    52876
       Celeste C. Harrison, Esquire ID #:    90291
**SUITE 501**
**1528 WALNUT STREET**
**PHILADELPHIA, PA 19102**
**Telephone (215)790-0761**
**Attorneys for Defendant Alabama Motor Express, Inc.**

| | |
|---|---|
| **JAMES A. SOUDER and LANA SOUDER**<br>**Plaintiffs** | **PHILADELPHIA COUNTY**<br>**COURT OF COMMON PLEAS** |
| **v.** | **JANUARY TERM 2005** |
| **ALABAMA MOTOR EXPRESS, INC.**<br>**and**<br>**ERIC M. BRION**<br>**Defendants** | **NO.: 1792** |

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Petition for Removal was served on the following counsel via First Class Mail, Postage Prepaid on the date noted below:

David B. Winkler, Esquire
**Law Offices of David B. Winkler, P.C.**
1930 Route 70 East
Building Q
Cherry Hill, NJ, 08003

**LAW OFFICES OF THOMAS J. WAGNER**

By:    Thomas J. Wagner, Esquire
       Celeste C. Harrison, Esquire
       Attorneys for Defendant Alabama Motor Express,
       Inc.

Dated: February 18, 2005