Exhibit "B"

LAW OFFICES OF THOMAS J. WAGNER
By:   Thomas J. Wagner, Esquire   ID #:   52876
      Celeste C. Harrison, Esquire ID #:   90291
SUITE 501
1528 WALNUT STREET
PHILADELPHIA, PA 19102
Telephone (215)790-0761
Attorneys for Defendant Alabama Motor Express, Inc.

| JAMES A. SOUDER and LANA SOUDER<br>Plaintiffs | PHILADELPHIA COUNTY<br>COURT OF COMMON PLEAS |
|---|---|
| v. | JANUARY TERM 2005 |
| ALABAMA MOTOR EXPRESS, INC.<br>and<br>ERIC M. BRION<br>Defendants | NO.: 1732 |

### STIPULATION OF COUNSEL OF THE MAXIMUM
### VALUE OF PLAINTIFFS' CLAIM

AND NOW, on this _____ day of _____, 2005, it is hereby stipulated by and between counsel for Plaintiffs James A. Souder and Lana Souder and counsel for Defendant Alabama Motor Express, Inc. that the entire value of Plaintiffs' claims for all injuries and damages related to the July 3, 2003 motor vehicle accident that is the subject of the action captioned January Term 2005, #1732 in the Philadelphia Court of Common Pleas or Civil Action No.: _____ in the United States District Court for the Eastern District of Pennsylvania is no greater than $75,000.00 inclusive of interest, costs and delay damages, if applicable.

Plaintiffs James A. Souder and Lana Souder agree that they will seek to recover no more than $75,000.00 as damages in this action.

| LAW OFFICES OF THOMAS J. WAGNER | LAW OFFICES OF DAVID B. WINKLER, PC |
|---|---|
| By: _____<br>Thomas J. Wagner, Esquire<br>Celeste Harrison, Esquire<br>Attorneys for Defendant Alabama Motor Express, Inc. | By: _____<br>David B. Winkler, Esquire<br>Attorneys for Plaintiffs James A. Souder and Lana Souder |