IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **James A. Souder,** and **Lana J. Souder**       *plaintiffs* <br>       vs. <br> **Alabama Motor Express, Inc.** and **Eric M. Brion** <br>       *defendants* | : <br> : <br> : <br> : <br> :    C.A. No.: 05-780 <br> : <br> : <br> : <br> : <br> : |

## CERTIFICATION OF COUNSEL

I, David B. Winkler, counsel of record for the plaintiffs in the above action, do hereby certify:

Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that, to the best of my knowledge and belief, the damages recoverable in this civil action exceed the sum of $150,000 exclusive of interest and costs.

Respectfully submitted:

Law Offices of David B. Winkler, P.C.
By: *David B. Winkler*
    David B. Winkler
    Attorney for plaintiffs
    PA Attorney ID 46528
    1930 Route 70 East
    Building Q
    Cherry Hill, New Jersey 08003
    (856) 616-1000
    Fax: (856) 216-0362
    e-mail: winkler@jersey.net