# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES A. SOUDER and | : | CIVIL ACTION |
| LANA J. SOUDER, | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO. 05-780 |
| | : | |
| ALABAMA MOTOR EXPRESS, INC. | : | |
| and ERIC M. BRION, | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 9th day of May, 2005, it is hereby ORDERED that plaintiffs' response to defendants' motion to transfer or dismiss (Docket No. 7) and motion to compel discovery (Docket No. 9) will be due, if necessary, ten (10) days after the court's ruling on plaintiffs' motion to remand (Docket No. 3)

BY THE COURT:

_____
RONALD L. BUCKWALTER, S.J.