IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES A. SOUDER, : <br> : <br> and : <br> : <br> LANA SOUDER, : <br> : CIVIL ACTION NO. 05-780 <br> Plaintiffs, : <br> : <br> v. : <br> : <br> ALABAMA MOTOR EXPRESS, INC., : <br> : <br> and : <br> : <br> ERIC M. BRION, : <br> : <br> Defendants. : | |

**ORDER**

AND NOW, this 15th day of June, 2005, upon consideration of Plaintiffs' Motion to Remand (Docket No. 3), Defendants' response thereto (Docket No. 4) and Plaintiffs' reply brief (Docket No. 5), it is hereby **ORDERED** that Plaintiffs' Motion is **DENIED.**

As set forth in this court's order dated May 9, 2005, plaintiffs' responses to defendants' motion to transfer or dismiss (Docket No. 7) and motion to compel discovery (Docket No. 9) are due on or before June 27, 2005.

BY THE COURT:

_____
RONALD L. BUCKWALTER, S.J.