IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES A. SOUDER, | : |
| and | : |
| LANA SOUDER, | : |
| Plaintiffs, | : CIVIL ACTION NO. 05-780 |
| v. | : |
| ALABAMA MOTOR EXPRESS, INC., | : |
| and | : |
| ERIC M. BRION, | : |
| Defendants. | : |

**ORDER**

AND NOW, this 27th day of June, 2005, this court's order of June 15, 2005 is amended as follows: plaintiffs' responses to defendants' motion to transfer or dismiss (Docket No. 7) and motion to compel discovery (Docket No. 9) are due on or before **July 5, 2005.**

BY THE COURT:

_____
RONALD L. BUCKWALTER, S.J.