IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES A. SOUDER, <br><br> and <br><br> LANA SOUDER, <br><br>    Plaintiffs, <br><br> v. <br><br> ALABAMA MOTOR EXPRESS, INC., <br><br> and <br><br> ERIC M. BRION, <br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>: CIVIL ACTION NO. 05-780<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**ORDER**

AND NOW, this 8th day of July, 2005, upon consideration of the stipulation of the parties, it is hereby ORDERED that:

(1) Defendant Eric M. Brion's motion to transfer or dismiss (Docket No. 7) is deemed WITHDRAWN.

(2) Defendants' motion to dismiss for *forum non conveniens* or in the alternative, transfer venue (Docket No. 13) is GRANTED to the extent that this case is transferred to the United States District Court for the District of Delaware.

(3) Defendants' motion to compel discovery (Docket No. 8) is DISMISSED as MOOT.

This case is marked **CLOSED** for statistical purposes.

BY THE COURT:

_____
RONALD L. BUCKWALTER, S.J.