Exhibit "B"

**LAW OFFICES OF THOMAS J. WAGNER**
**By: Thomas J. Wagner, Esquire ID #: 52876**
**Celeste C. Harrison, Esquire ID #: 90291**
**SUITE 501**
**1528 WALNUT STREET**
**PHILADELPHIA, PA 19102**
**Telephone (215)790-0761**
**Attorneys for Defendant Alabama Motor Express, Inc.**

| | |
|---|---|
| **JAMES A. SOUDER and LANA SOUDER**<br>**Plaintiffs** | **PHILADELPHIA COUNTY**<br>**COURT OF COMMON PLEAS** |
| **v.** | **JANUARY TERM 2005** |
| **ALABAMA MOTOR EXPRESS, INC.**<br>**and**<br>**ERIC M. BRION**<br>**Defendants** | **NO.: 1732** |

**STIPULATION OF COUNSEL OF THE MAXIMUM VALUE OF PLAINTIFFS' CLAIM**

AND NOW, on this day of , 2005, it is hereby stipulated by and between counsel for Plaintiffs James A. Souder and Lana Souder and counsel for Defendant Alabama Motor Express, Inc. that the entire value of Plaintiffs' claims for all injuries and damages related to the July 3, 2003 motor vehicle accident that is the subject of the action captioned January Term 2005, #1732 in the Philadelphia Court of Common Pleas or Civil Action No.: in the United States District Court for the Eastern District of Pennsylvania is no greater than $75,000.00 inclusive of interest, costs and delay damages, if applicable.

Plaintiffs James A. Souder and Lana Souder agree that they will seek to recover no more than $75,000.00 as damages in this action.

**LAW OFFICES OF THOMAS J. WAGNER**

By: ______________________________
Thomas J. Wagner, Esquire
Celeste Harrison, Esquire
Attorneys for Defendant Alabama Motor Express, Inc.

**LAW OFFICES OF DAVID B. WINKLER, PC**

By: ______________________________
David B. Winkler, Esquire
Attorneys for Plaintiffs James A. Souder and Lana Souder

JS 44 (Rev. 11/04) 

# CIVIL COVER SHEET

05-780

APPENDIX H

The JS 44 Civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

James A. Souder and Lana Souder

(b) County of Residence of First Listed Plaintiff Northamberland, PA

(EXCEPT IN U.S. PLAINTIFF CASES)

(C) Attorney's (Firm Name, Address, and Telephone Number)

David B. Winkler, Esquire, Law Offices of David B. Winkler, P.C.
1930 Route 70 East, Building Q, Cherry Hill, NJ 08003 (856) 616-1000

**DEFENDANTS**

Alabama Motor Express, Inc and Eric M. Brion

County of Residence of First Listed Defendant Houston, AL

(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

Thomas J. Wagner, Esquire, Law Offices of Thomas J. Wagner
1528 Walnut Street, Philadelphia, PA 19102 (215) 790-0761

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS-Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☐ 1 Original Proceeding ☒ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. §1332 and §1446 - Diversity

Brief description of cause:
Plaintiff is a resident of Pennsylvania; Defendant is a resident of Alabama; accident occurred in Delaware.

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 DEMAND $ CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE DOCKET NUMBER

DATE 2/18/05 SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE

FEB 18 2005



UNITED STATES DISTRICT COURT 05-780 APPENDIX F

FOR THE EASTERN DISTRICT OF PENNSYLVANIA - DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: RR1, Box 248 E, Sunbury, PA 17801

Address of Defendant: 10720 E US Hgwy. 84, Ashford, AL 36312, P.O. Box 311223, Enterprise, AL 36331

Place of Accident, Incident or Transaction: Route 896, Glasgow, DE

*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a)) Yes ☐ No ☒

Does this case involve multidistrict litigation possibilities? Yes ☐ No ☒

*RELATED CASE, IF ANY:*

Case Number- ______ Judge ______ Date Terminated: ______

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court? Yes ☐ No ☒
2. Does this case involve the same issue off act or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court? Yes ☐ No ☒
3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court? Yes ☐ No ☒

CIVIL: (Place ✓ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases (Please specify)

B. *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☒ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability -Asbestos
9. ☐ All other Diversity Cases (Please specify)

## ARBITRATION CERTIFICATION

*(Check appropriate Category)*

I, Thomas J. Wagner, Esquire counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: 2/18/05 ______ Attorney-at-Law FEB 18 2005 ______ Attorney I.D.#

NOTE: A trial de novo will be atrial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 2/18/05 Thomas J. Wagner, Esquire 52876



APPENDIX I

RB

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**CASE MANAGEMENT TRACK DESIGNATION FORM**

JAMES A. SOUDER and LANA SOUDER

v.

ALABAMA MOTOR EXPRESS, INC. and ERIC M. BRION

CIVIL ACTION
NO. 05-780

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1: 03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus - Cases brought under 28 U.S.C. §2241 through §2255. ( )

(b) Social Security - Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits ( )



(c) Arbitration - Cases required to be designated for arbitration under Local Civil Rule 53.2. (X)

(d) Asbestos - Cases involving claims for personal injury or property damage from exposure to asbestos. ( )

(e) Special Management - Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.) ( )

(f) Standard Management - Cases that do not fall into any one of the other tracks. ( )

| February 18, 2005 | Thomas J. Wagner, Esquire | Alabama Motor Express, Inc. |
|---|---|---|
| Date | **Attorney-at-law** | Attorney **for** |
| 215-790-0761 | 215-790-0762 | tjwagner@wagnerlaw.net |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

FEB 18 2005

RB

**LAW OFFICES OF THOMAS J. WAGNER**
**By: Thomas J. Wagner, Esquire ID #: 52876**
**Celeste C. Harrison, Esquire ID #: 90291**
**SUITE 501**
**1528 WALNUT STREET**
**PHILADELPHIA, PA 19102**
**Telephone (215)790-0761**
**Attorneys for Defendant Alabama Motor Express, Inc.**

| | |
|---|---|
| **JAMES A. SOUDER and LANA SOUDER**<br>**Plaintiffs** | **PHILADELPHIA COUNTY**<br>**COURT OF COMMON PLEAS** |
| **v.** | **JANUARY TERM 2005** |
| **ALABAMA MOTOR EXPRESS, INC.**<br>**and**<br>**ERIC M. BRION**<br>**Defendants** | **NO.: 1732** 05-780 |

**NOTICE OF REMOVAL**

**TO THE PROTHONOTARY:**

Pursuant to the Federal Removal Statute, 28 U.S.C. §§ 1441-1446, Defendant Alabama Motor Express, Inc. files herewith a certified copy of the Notice of Removal filed in the United States District Court for the Eastern District of Pennsylvania on this 12th day of January, 2005.

**LAW OFFICES OF THOMAS J. WAGNER**

By: Thomas J. Wagner, Esquire
Celeste C. Harrison, Esquire
Attorneys for Defendant Alabama Motor Express, Inc.

Dated: February 18, 2005