OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo                                                                                    LOCKBOX 18
CLERK                                                                                            844 KING STREET
                                                                                               U.S. COURTHOUSE
                                                                                    WILMINGTON, DELAWARE 19801
                                                                                                (302) 573-6170

July 18, 2005

Thomas Wagner, Esq.
1528 Walnut St.
Suite 500
Philadelphia, PA 19102

     RE:    Souder, et al. v. Alabama Motor Express, Inc., et al.
              Civil Action No.: 05cv493

Dear Counsel:

The above referenced action was filed in this district on 7/15/05.

Pursuant to Local Rule 83.5(d) of Civil Practice for the United States District Court for the District of Delaware, it is required that all parties associate themselves with local counsel. Local Rule 83.5(d) reads as follows:

" An attorney not admitted to practice by the Supreme Court of Delaware may not be admitted pro hac vice in this Court unless associated with an attorney who is a member of the Bar of this Court and who maintains an office in the District of Delaware for the regular transaction of business, upon whom all notices, orders, pleadings and other papers filed in the cases shall be served and who shall be required to sign all papers filed with the Court, where the signature of an attorney is required, and attend before the Court, Clerk, United States Magistrate, Bankruptcy Judge, Auditors, Trustees, Receivers, or other officers of the Court. "

Please have your local counsel enter an appearance on or before 8/17/05.

                                        Sincerely,

                                        Peter T. Dalleo
                                        Clerk of Court

                                        By: /s/ Monica Mosley
                                             Deputy Clerk