IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES a. SOUDER and | : | C.A. No. 05cv493 |
| LANA J. SOUDER | : | |
| | : | |
| v. | : | |
| | : | |
| ALABAMA MOTOR EXPRESS | : | |
| and ERIC M. BRION | : | |

### ENTRY OF APPEARANCE

Please enter the appearance of Delia A. Clark, Esq., as attorneys for the defendants, Alabama Motor Express, Inc. and Eric M. Brion.

                                                    **RAWLE & HENDERSON LLP**

                                                    */s/ Delia A. Clark*
                                                    Delia A. Clark– ID # 3337
                                                    300 Delaware Avenue, Suite 1015
                                                    P. O. Box 588
                                                    Wilmington, DE 19899-0588
                                                    302-778-1200
                                                   Attorneys for Defendants, Alabama Motor
                                                   Express, Inc and Eric M. Brion

Dated: August 11, 2005

1187899 v.1

CERTIFICATE OF SERVICE

I, Delia A. Clark, hereby certify the foregoing Entry of Appearance was forwarded to the undersigned on this 11th day of August, 2005 via regular mail.

Thomas Wagner
1528 Walnut Street
Suite 500
Philadelphia, PA  19102

David B. Walker, Esq.
1930 Route 70 East
Building Q
Cherry Hill, NJ  08003

                                                */s/ Delia A. Clark*
                                                Delia A. Clark, Esq.  3337
                                                Attorney for Defendants, Alabama Motor Express, Inc. and Eric M. Brion