IN THE DISTRICT COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| JAMES A. SOUDER and<br>LANA J. SOUDER | \| |
| | \| |
| Plaintiffs, | \|  C.A. No. 05cv493 |
| | \| |
| v. | \| |
| | \| |
| ALABAMA MOTOR EXPRESS<br>and ERIC M. BRION | \| |
| | \| |
| Defendants. | \| |

**ENTRY OF APPEARANCE**

**PLEASE ENTER THE APPEARANCE** of Chase T. Brockstedt, Esquire, as attorney

on behalf of Plaintiffs, James A. Souder and Lana J. Souder.

MURPHY SPADARO & LANDON

/s/ Chase T. Brockstedt
Chase T. Brockstedt (ID No. 3815)
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100
Attorneys for Plaintiffs
James A. Souder and
Lana J. Souder

Dated: August 12, 2005

117998

IN THE DISTRICT COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| JAMES A. SOUDER and LANA J. SOUDER | \| | |
| Plaintiffs, | \| | C.A. No. 05cv493 |
| v. | \| | |
| ALABAMA MOTOR EXPRESS and ERIC M. BRION | \| | |
| Defendants. | \| | |

**CERTIFICATE OF SERVICE**

I, Chase T. Brockstedt, Esq., do hereby certify that on this 12th day of August, 2005, two

copies of the foregoing **ENTRY OF APPEARANCE** were delivered via U.S. Mail to the

following individual(s):

Delia A. Clark, Esquire
Rawle & Henderson LLP
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE 19899-0588

Thomas J. Wagner, Esquire
Law Offices of Thomas J. Wagner
1528 Walnut Street, Suite 500
Philadelphia, PA 19102

MURPHY SPADARO & LANDON

/s/ Chase T. Brockstedt
Chase T. Brockstedt (ID No. 3815)
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100
Attorneys for Plaintiffs
James A. Souder and
Lana J. Souder

117998

117998