IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. SOUDER and<br>LANA J. SOUDER<br><br>    Plaintiffs,<br><br>v.<br><br>ALABAMA MOTOR EXPRESS<br>and ERIC M. BRION<br><br>    Defendants. | C.A. No. 05cv493 |

## MOTION AND ORDER FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of David B. Winkler, Esquire to represent plaintiffs, James A. Souder and Lana J. Souder in this matter.

Signed: /s/ Chase T. Brockstedt

Chase T. Brockstedt, Id. No. 3815
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tele: 302-472-8109
Fax: 302-472-8135

Attorney for: Plaintiffs, James A. Souder and Lana J. Souder

Date: August 19, 2005

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

     Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New Jersey and Pennsylvania and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: /s/ David B. Winkler

Date: August 19, 2005

David B. Winkler, Esquire
1930 Route 70 East, Building Q
Cherry Hill, NJ 08003

**ORDER GRANTING MOTION**

    IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____

                                                                                                                       J.

120785

IN THE DISTRICT COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| JAMES A. SOUDER and <br> LANA J. SOUDER <br><br> Plaintiffs, <br><br> v. <br><br> ALABAMA MOTOR EXPRESS <br> and ERIC M. BRION <br><br> Defendants. | C.A. No. 05cv493 |

## CERTIFICATE OF SERVICE

I, Chase T. Brockstedt, Esq., do hereby certify that on this 19th day of August, 2005, two copies of the foregoing **MOTION AND ORDER FOR PRO HAC ADMISSION** were delivered via U.S. Mail to the following individual(s):

Delia A. Clark, Esquire
Rawle & Henderson LLP
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE 19899-0588

Thomas J. Wagner, Esquire
Law Offices of Thomas J. Wagner
1528 Walnut Street, Suite 500
Philadelphia, PA 19102

MURPHY SPADARO & LANDON


/s/ Chase T. Brockstedt
Chase T. Brockstedt (ID No. 3815)
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100
Attorneys for Plaintiffs
James A. Souder and
Lana J. Souder

117998