# Murphy Spadaro & Landon

Chase T. Brockstedt (ID# 3815)
1011 Centre Road, Suite 210
Wilmington, Delaware 19805
Telephone: 302-472-8109
Telecopier 302-225-3673
E-Mail: ChaseB@msllaw.com

November 28, 2005

**VIA E-FILE & HAND DELIVERY**
The Honorable Gregory M. Sleet
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

      RE:    *Souder et ux v. Alabama Motor Express, Inc., et al.*
                **U.S. District Court, C.A. No. 05-493**
                **MS&L File No. 05-0813**

Dear Judge Sleet:

      I am local counsel for Plaintiffs' in the referenced matter and my legal assistant has been in contact with your chamber in reference to the hearing tomorrow. My co-counsel, David J. Winkler, who has been admitted Pro Hac Vice, will be in attendance. It is my understanding I am excused. If this causes any inconvenience for Your Honor please do not hesitate to contact me.

                                      Very truly yours,

                                      /s/ Chase T. Brockstedt

                                      Chase T. Brockstedt

CTB/krw
cc:    Delia A. Clark, Esquire (by fax)
        Thomas J. Wagner, Esquire (by fax)
        David J. Winkler, Esquire (by fax)