# RAWLE & HENDERSON LLP



DELIA A. CLARK
215-575-4291
dclark@rawle.com

The Nation's Oldest Law Office • Established in 1783

www.rawle.com

300 DELAWARE AVENUE
SUITE 1015, P.O. BOX 588
WILMINGTON, DE 19899-0588

TELEPHONE:(302) 778-1200
FACSIMILE:(302) 778-1400

October 5, 2006

The Honorable Gregory M. Sleet
United States District Court for the
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 6100, Lockbox 19
Wilmington, DE 19801

      RE:    Souder v. Brion et al
               C.A. No. 05cv493
               <u>Our File No. 300830</u>

Dear Judge Sleet:

The above matter is scheduled for trial on November 13, 2006. Please be advised that the parties have reached a settlement agreement. The agreement is subject to the approval of the bankruptcy court. Counsel for plaintiffs will file a Motion with the Bankruptcy Court in the Middle District of Pennsylvania to have the settlement approved. Upon receiving court approval, the parties will execute and file the Stipulation of Dismissal.

Thank you for your time and attention.

Very truly yours,

RAWLE & HENDERSON LLP

By: *Delia Clark*
     Delia A. Clark

DAC/dc
cc: David Winkler, Esq.

1359327 v.1

---