IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| James A. Souder, <br> and <br> Lana J. Souder <br>       *plaintiffs* <br><br> vs. <br><br> Alabama Motor Express, Inc. <br> and <br> Eric M. Brion <br>       *defendants* | C.A. No.: 05-cv-493 |

## STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEYS' FEES

**THE MATTER** in difference in the above-entitled action, having been amicably adjusted by and amongst the plaintiffs and the defendants, it is hereby stipulated that the Complaint against the defendants, Alabama Motor Express, Inc., and Eric M. Brion, is hereby dismissed "with prejudice" and without costs or attorneys' fees to either party.

Law Offices of David B. Winkler, P.C.

By: _____
David B. Winkler
Attorney for plaintiffs
1930 Route 70 East
Building Q
Cherry Hill, New Jersey 08003
(856) 616-1000
Fax: (856) 216-0362
e-mail: winkler@jersey.net

Rawle & Henderson

By: _____
Delia A. Clark
Attorney for defendants
Widener Building
One S. Penn Square
Philadelphia, PA 19107
(215) 575-4291
Fax: (215) 563-2583
e-mail: dclark@rawle.com